USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

JUN 2 3 2016

David J. Bradley, Clerk of Court

No. **16 CR 0273**

HOUSTON DIVISION

USAO Number: 2015R15473
Magistrate Number:

CRIMINAL INDICTMENT

Judge: Miller

UNITED STATES of AMERICA
VS.

ATTORNEYS:
KENNETH MAGIDSON, USA        (713) 567-9000

Robert Stabe, AUSA           (713) 567-9583

| Defendant | Appt'd | Private |
|---|---|---|
| Joaquin Jesus Maranon, Cts. 1, 5, 6 | ☐ | ☐ |
| Marco Antonio Zuniga, Cts. 1, 5 | ☐ | ☐ |
| Frank Flores, Cts. 1, 4, 5 | ☐ | ☐ |
| Beverly Ann Mosley, Cts. 1-5 | ☐ | ☐ |
| Chance Wayne Nutt, Cts. 1, 5 | ☐ | ☐ |
| Clifton Dwayne Johnson, Cts. 1, 5 | ☐ | ☐ |

Ct. 1: Conspiracy to Possess with the Intent to Distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance [21 USC § 846, 841(a)(1), 841(b)(1)(A)(viii) ]

Cts. 2-6: Possession with Intent to Distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance [21 USC § 841(a)(1), 841(b)(1)(A)(viii) and 18 USC § 2 ]

CHARGE:
(TOTAL)
(COUNTS:)
( 6 )

_____
_____
_____
_____
_____
_____
_____

**PENALTY:**

Cts. 1-6: 10 years to life imprisonment, up to $10,000,000 fine; at least 5 years SRT; $100 SA

Forfeiture: NOTIFICATION OF FORFEITURE

☐ In Jail

☐ On Bond

☑ No Arrest

**NAME & ADDRESS of Surety:**

**PROCEEDINGS:**

_____
_____
_____
_____
_____