United States Courts
Southern District of Texas
FILED

JUN 2 3 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. |
| JOAQUIN MARANON<br>MARCO ZUNIGA<br>FRANK FLORES<br>BEVERLY MOSLEY<br>CHANCE NUTT<br>CLIFTON JOHNSON | § § § § § § § | 16 CR 0273<br><br>UNDER SEAL |

**MOTION TO SEAL**



Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

COMES NOW the United States of America, by and through Kenneth Magidson, United States Attorney, and Robert Stabe, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to seal the Criminal Indictment, and this Motion and Order to Seal and in support thereof would state the following:

1.  The criminal indictment contains information obtained as the result of a continuing investigation into violations of federal laws involving drug trafficking. The indictment should be sealed to allow for the arrest of the defendants and to prevent the destruction of potential evidence, except that copies shall be given to the United States Attorney's Office and the relevant investigative agency for their investigative needs.

WHEREFORE, the Government requests that this Motion, the Order, and the Criminal Indictment for the above named defendants, be filed under seal.

The government further requests that the criminal indictment be automatically unsealed upon the arrest of the defendants.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

Robert Stabe
Assistant United States Attorney
713/567-9583