UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. |
| JOAQUIN MARANON<br>MARCO ZUNIGA<br>FRANK FLORES<br>BEVERLY MOSLEY<br>CHANCE NUTT<br>CLIFTON JOHNSON | § § § § § § § | **16 CR 0273**<br><br>UNDER SEAL |

## ORDER TO SEAL

The Court, having considered the Government's Motion to Seal the Criminal Indictment, and the government's Motion to Seal, and this Order, hereby

ORDERS that the Criminal Indictment, the Motion to Seal and this Order be sealed by the U.S. District Clerk from any publication or access by the public until further order by this Court.

IT IS FURTHER ORDERED that a copies be provided to the United States Attorney's Office and the investigating agency for their investigative needs.

IT IS FURTHER ORDERED that the Criminal Indictment be automatically unsealed upon the arrest of the defendants.

Signed on this the _23_ day June, 2016, at Houston, Texas.

_____
United States Magistrate Judge